Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| DANG VANG, | Civil Action No. 1:04-CV-6702 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 60 day extension of time, until September 8, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, December 14, 2004, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  July 11, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: July 11, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

9   IT IS SO ORDERED.

10   **Dated:   July 12, 2005**                **/s/ Lawrence J. O'Neill**
     66h44d                              UNITED STATES MAGISTRATE JUDGE