IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANG VANG, | CASE NO. CV F 04-6702 OWW LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |
| vs. | (Doc. 18.) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

### INTRODUCTION

Plaintiff Dang Vang ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to disability insurance benefits and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§401-433 and 1381-1382c. After review of the Administrative Record and the parties' papers, the magistrate judge issued May 1, 2006 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision denying plaintiff disability insurance benefits and SSI or to remand for further proceedings. Plaintiff filed no timely objections to the findings and recommendations.

### CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

1  Accordingly, this Court:

2  1. ADOPTS in full the magistrate judge's May 1, 2006 findings and recommendations; and

3  2. DIRECTS the Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Dang Vang and to close this action.

IT IS SO ORDERED.

**Dated:   May 18, 2006**                           **/s/ Oliver W. Wanger**
emm0d6                                                  UNITED STATES DISTRICT JUDGE